UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
FREEMAN SR., LOUIS JAMES                  §      Case No. 10-02490
FREEMAN, ALBERTA                          §
                                          §
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                           Kenneth Gardner
                           U.S. Bankruptcy Court Clerk
                           219 South Dearborn Street- 7th Floor
                           Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/20/2012 in Courtroom 744,
                           United States Courthouse
                           219 South Dearborn Street
                           Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                             Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FREEMAN SR., LOUIS JAMES § Case No. 10-02490
FREEMAN, ALBERTA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 87,772.28 |
| and approved disbursements of | $ | 349.08 |
| leaving a balance on hand of[1] | $ | 87,423.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 6,211.43 | $ 0.00 | $ 6,211.43 |
| Trustee Expenses: Phillip D. Levey | $ 51.32 | $ 0.00 | $ 51.32 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 11,655.00 | $ 0.00 | $ 11,655.00 |
| Other: International Sureties, Ltd. | $ 53.57 | $ 53.57 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 17,917.75 |
| Remaining Balance | | | $ 69,505.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,595.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 2,727.60 | $ 0.00 | $ 2,727.60 |
| 000002 | Commonwealth Edison Company | $ 255.20 | $ 0.00 | $ 255.20 |
| 000003 | Chase Bank USA, N.A. | $ 5,809.12 | $ 0.00 | $ 5,809.12 |
| 000004 | FIA Card Services, NA/Bank of America NA USA and | $ 603.60 | $ 0.00 | $ 603.60 |
| 000005 | RBS Citizens | $ 11,250.07 | $ 0.00 | $ 11,250.07 |
|  | CitiMortgage, Inc. | $ 19,950.31 | $ 0.00 | $ 19,950.31 |

Total to be paid to timely general unsecured creditors       $     40,595.90

Remaining Balance                                            $     28,909.55

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 365.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 28,543.67 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                           Case No. 10-02490-ERW
Louis James Freeman                                              Chapter 7
Alberta Freeman
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1         User: acox              Page 1 of 3                  Date Rcvd: Oct 22, 2012
                             Form ID: pdf006         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2012.
db/jdb       +Louis James Freeman, Sr.,   Alberta Freeman,   271 Providence Drive,   Matteson, IL 60443-1292
14995917     #+Assurance Restoration/Construction,   2140 Walnut Street,   Att: Peter,
               Park Ridge, IL 60068-1760
14995918      Charter One,   PO Box 42010,   Providence, RI 02940-2010
14995919      Chase,   Bank One Card Serv,   Westerville, OH 43081
15364904      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14995920     +Chase Manhattan Mtge,   Po Box 24696,   Columbus, OH 43224-0696
14995922     +City of Chicago Heights,   Water Department,   1601 Chicago Road,
               Chicago Heights, IL 60411-3447
15722145      FIA Card Services, NA/Bank of America NA USA and,   MBNA America Bank NA,
               by American Infosource Lp As Its Agent,   PO Box 248809,   Oklahoma City, OK  73124-8809
14995926     +Fia Csna,   Po Box 26012,   Nc4-105-02-77,   Greensboro, NC 27420-6012
14995927     +Freedman, Anselmo, Lindberg,   & Rappe, LLC,   1801 Diehl Rd., Ste 333,   Naperville, IL 60563
14995928     +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
14995930     +Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
14995933     +Nuunion Credit Union,   501 S. Capitol Avenue,   Lansing, MI 48933-2331
15735867     +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
14995934     +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
14995935     +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
14995936      Sears Credit Cards,   P.O. Box 183082,   Columbus, OH 43218-3082
14995937     +Toyota Motor Credit,   1111 W. 22nd Street,   Ste, 420,   Oak Brook, IL 60523-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14995923      E-mail/Text: legalcollections@comed.com Oct 23 2012 02:11:26     Com Ed,   Bill Payment Center,
               Chicago, IL 60668-0001
15360813     +E-mail/Text: legalcollections@comed.com Oct 23 2012 02:11:26     Commonwealth Edison Company,
               Bankruptcy Department,   3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
14995924     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 23 2012 03:26:49     Cook County Treasurer,
               118 N. Clark Street,   Suite 112,   Chicago, IL 60602-1590
15304528      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2012 02:19:34     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14995925     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2012 02:19:34     Discover Fin Svcs Llc,
               Pob 15316,   Wilmington, DE 19850-5316
14995929     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 23 2012 02:08:05     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14995931     +E-mail/Text: bankrup@nicor.com Oct 23 2012 02:07:31     Nicor,   PO Box 416,
               Aurora, IL 60507-0416
14995932      E-mail/Text: bankrup@nicor.com Oct 23 2012 02:07:31     Nicor,   P.O. Box 416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14995921    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox              Page 2 of 3           Date Rcvd: Oct 22, 2012
                              Form ID: pdf006         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox               Page 3 of 3              Date Rcvd: Oct 22, 2012
                              Form ID: pdf006          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2012 at the address(es) listed below:

```
              Chester H. Foster    on behalf of Debtor Louis Freeman chf@fosterlegalsvcs.com,
               dbf@fosterlegalsvcs.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
              Steven C Lindberg    on behalf of Creditor   JP Morgan Chase Bank, N.A. bankruptcy@fallaw.com
              Timothy R Yueill    on behalf of Creditor   CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 6
```