## TRUSTEE DISTRIBUTION REPORT (TDR) CHECKLIST

CASE NAME: _____
CASE NUMBER: _____
NAME OF REVIEWER: _____
DATE OF REVIEW: _____
NAME OF TRUSTEE/VICINAGE: _____

| # | Item | V | E | R |
|---|---|---|---|---|
| 1. | The following documents should be received from the trustee: <br> a. Electronic PDF of the TDR in the proper format (Blue Band across the top with PDF/A); <br> b. ~~Original~~ bank statements and original imaged/cancelled checks from the inception of the case; or original bank statements and original imaged /cancelled checks from the filing of the TFR (if provided with the TFR review). | | | |
| 2. | If original bank statements were submitted with the TFR, access Pacer and verify that the ending balance on the TFR Form 2 (Exhibit B) reconciles to the beginning balance on the bank statement, submitted with the TDR. | | | |
| 3. | Review the bank statements and Form 2 (Exhibit 9) for unrecorded/unusual items and verify that the final bank statement and Form 2 have a zero balance. | | | |
| 4. | Verify that all disbursements were made according to the Proposed Distribution filed with approved TFR or the Notice of Final Report (NFR). If the distribution changed after the filing of the TFR, then compare the TDR to the last document modified. | | | |
| 5. | Review original imaged/cancelled checks and verify that checks were issued to the proper parties and in the correct dollar amounts. Verify that the checks cleared the bank in the correct amount by reviewing the MICR coding. If the check was endorsed, verify the endorsement. (MICR Codes are dollar amounts recorded at the bottom or along the top of an imaged/cancelled check) | | | |
| 6. | Verify that trustee and professionals were paid correctly through the review of the docket. | | | |
| 7. | Examine the docket for any unusual entries since the filing of the TFR. | | | |
| 8. | Review the TDR Form 2 for any deposits, not including interest, made after the TFR has been filed. If additional deposits are recorded, the trustee may have to file an amended TFR. | | | |
| 9. | Verify that the Total Gross Receipts in paragraph 3 of the TDR equal the Total Gross Receipts in Exhibit 1. | | | |

TRUSTEE DISTRIBUTION REPORT (TDR) CHECKLIST

| # | Task | V | E | R |
|---|---|---|---|---|
| 10. | Verify that the yielded net receipts in paragraph 3 of the TDR equal the Total Disbursements (Claims Paid Column) in the table at the top of page 2. | ☐ | ☐ | ☐ |
| 11. | Verify that the TDR cover page indicates that claims discharged without payment are "0" or "NA" where debtor is a business entity. | ☐ | ☐ | ☐ |
| 12. | Verify that Assets Exempt on the cover page of the TDR does not reflect $0.00 unless case is a business case or was filed by pro-se debtor where Schedule C reflects no claimed exemptions. | ☐ | ☐ | ☐ |
| 13. | Verify that all refunds of dividend checks are coded with the original UTC. | ☐ | ☐ | ☐ |
| 14. | Spot check UTCs assigned to post-TFR disbursements (i.e., distributions to claimants and professionals). | ☐ | ☐ | ☐ |
| 15. | Verify that financial account numbers on TDR exhibits and Forms 1 & 2 are properly redacted for public filing. | ☐ | ☐ | ☐ |

**NOTES:** _____
_____
_____
_____
_____
_____
_____
_____

**V – Verified** - a √ in this box indicates the reviewer performed the task and found no exception;

**E – Exception** - a √ in this box indicates that the reviewer performed the task and found an exception or exceptions and has contacted the trustee to resolve;

**R – Response/Resolved** – a √ in this box indicates the trustee corrected the problem and the issue has been fully resolved.