UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FREEMAN SR., LOUIS JAMES § Case No. 10-02490
FREEMAN, ALBERTA §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LOUIS JAMES FREEMAN SR. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mtge Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Cook County Treasurer 118 N. Clark Street Suite 112 Chicago, IL 60602 | | | | | |
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Toyota Motor Credit 1111 W. 22nd Street Ste, 420 Oak Brook, IL 60523 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Assurance Restoration/Construction 2140 Walnut Street Att: Peter Park Ridge, IL 60068 | | | | | |
| | Charter One PO Box 42010 Providence, RI 02940-2010 | | | | | |
| | Chase Bank One Card Serv Westerville, OH 43081 | | | | | |
| | City of Chicago Heights Water Department 1601 Chicago Road Chicago Heights, IL 60411 | | | | | |
| | City of Chicago Heights Water Department 1601 Chicago Road Chicago Heights, IL 60411 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Discover Fin Svcs Llc Pob 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fia Csna Po Box 26012 Nc4-105-02-77 Greensboro, NC 27410 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Nicor P.O. Box 416 Aurora, IL 60568-0001 | | | | | |
| | Nicor PO Box 416 Aurora, IL 60507-0310 | | | | | |
| | Nuunion Credit Union 501 S. Capitol Avenue Lansing, MI 48933 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |
| | CITIMORTGAGE, INC. | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000005 | RBS CITIZENS | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | COMMONWEALTH EDISON COMPANY | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | RBS CITIZENS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02490 | EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | FREEMAN SR., LOUIS JAMES | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | FREEMAN, ALBERTA | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 10/19/12 | | | Claims Bar Date: | 06/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1507 5th Ave. Chicago Heights, IL 60443 | 68,000.00 | 8,982.12 | | 0.00 | FA |
| 2. 541 Gregory Drive, Chicago Heights, IL 60443 | 57,000.00 | 0.00 | | 0.00 | FA |
| 3. Location: 271 Providence Drive, Matteson IL | 290,000.00 | 21,559.85 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Cash on hand for household use. | 70.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Checking account at TCF Bank located in Chicago He | 20.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 2 checking accounts at Bank Financial located in O | 299.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 1 checking account at Bank Financial located Olymp | 250.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Miscellaneous household goods and furnishings. Loc | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Personal clothing. Location: 271 Providence Drive, | 4,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Certificate of Deposit at Charter One Bank, Chicag | 714.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Value City Furniture 401k plan. | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Blue Cross Blue Shield of IL 401k plan. | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. ROTH IRA account held by Charter One Bank, Chicago | 6,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. ROTH IRA at Charter One Bank Chicago Heights, IL | 6,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.00b

Case 10-02490  Doc 57  Filed 01/17/14  Entered 01/17/14 08:35:34  Desc Main
Document      Page 11 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 10-02490 | EW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|
| Case Name: | FREEMAN SR., LOUIS JAMES | | |
| | FREEMAN, ALBERTA | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 01/22/10 (f) |
| 341(a) Meeting Date: | 03/01/10 |
| Claims Bar Date: | 06/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Debtors have in their possession a check for $80,8 | 80,823.53 | 80,823.53 | | 80,823.53 | FA |
| 16. 1998 Honda Accord automobile. Location: 271 Provid | 3,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. 2007 Toyota Camry 4D Sedan LE VIN 4T1BE46K67U55813 | 11,000.00 | 0.00 | | 0.00 | FA |
| 18. Floor scrubber/polisher. Location: 271 Providence | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 19. 1995 Breckenridge Park Model Trilerhomew/lot. | 14,100.00 | 2,839.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 20. Insurance Recovery (u) | 0.00 | 6,922.40 | | 6,922.40 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 26.35 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $544,976.53 | $121,126.90 | | $87,772.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/11     Current Projected Date of Final Report (TFR): 10/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02490 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | FREEMAN SR., LOUIS JAMES | Bank Name: | ASSOCIATED BANK |
|  | FREEMAN, ALBERTA | Account Number / CD #: | *******2754 Checking |
| Taxpayer ID No: | *******6082 |  |  |
| For Period Ending: | 01/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/30/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 87,423.20 |  | 87,423.20 |
| 11/27/12 | 010001 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 |  | 6,211.05 | 81,212.15 |
|  |  | 2722 NORTH RACINE AVENUE |  |  |  |  |  |
|  |  | CHICAGO, IL 60614 |  |  |  |  |  |
| 11/27/12 | 010002 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 |  | 44.07 | 81,168.08 |
|  |  | 2722 NORTH RACINE AVENUE |  |  |  |  |  |
|  |  | CHICAGO, IL 60614 |  |  |  |  |  |
| 11/27/12 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 |  | 11,655.00 | 69,513.08 |
| * 11/27/12 | 010004 | CitiMortgage, Inc. | General Unsecured 726(a)(2) |  |  | 20,130.12 | 49,382.96 |
|  |  | c/oTimothy R. Yueill |  |  |  |  |  |
|  |  | Law Offices of Ira T. Nevel, LLC |  |  |  |  |  |
|  |  | 175 North Franklin-Suite 201 |  |  |  |  |  |
|  |  | Chicago, IL 60606 |  |  |  |  |  |
|  |  |  | Claim        19,950.31 | 7100-004 |  |  |  |
|  |  |  | Interest       179.81 | 7990-003 |  |  |  |
| * 11/27/12 | 010004 | CitiMortgage, Inc. | Stop Payment Reversal |  |  | -20,130.12 | 69,513.08 |
|  |  | c/oTimothy R. Yueill | STOP PAY ADD SUCCESSFUL |  |  |  |  |
|  |  | Law Offices of Ira T. Nevel, LLC |  |  |  |  |  |
|  |  | 175 North Franklin-Suite 201 |  |  |  |  |  |
|  |  | Chicago, IL 60606 |  |  |  |  |  |
|  |  |  | Claim     (   19,950.31 ) | 7100-004 |  |  |  |
|  |  |  | Interest   (    179.81) | 7990-003 |  |  |  |
| 11/27/12 | 010005 | Discover Bank | Claim 000001, Payment 100.90116% |  |  | 2,752.18 | 66,760.90 |
|  |  | Dfs Services LLC |  |  |  |  |  |
|  |  | PO Box 3025 |  |  |  |  |  |
|  |  | New Albany, Ohio 43054-3025 |  |  |  |  |  |
|  |  |  | Claim        2,727.60 | 7100-900 |  |  |  |
|  |  |  | Interest        24.58 | 7990-000 |  |  |  |

Page Subtotals    87,423.20    20,662.30

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-02490 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | FREEMAN SR., LOUIS JAMES | | Bank Name: | ASSOCIATED BANK |
| | FREEMAN, ALBERTA | | Account Number / CD #: | *******2754 Checking |
| Taxpayer ID No: | *******6082 | | | |
| For Period Ending: | 01/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/12 | 010006 | Commonwealth Edison Company<br>Bankruptcy Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Claim 000002, Payment 100.90125% | | | 257.50 | 66,503.40 |
| | | | Claim       255.20 | 7100-000 | | | |
| | | | Interest       2.30 | 7990-000 | | | |
| 11/27/12 | 010007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 100.90134% | | | 5,861.48 | 60,641.92 |
| | | | Claim       5,809.12 | 7100-900 | | | |
| | | | Interest       52.36 | 7990-000 | | | |
| 11/27/12 | 010008 | FIA Card Services, NA/Bank of America NA USA<br>and<br>MBNA America Bank NA<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 100.90126% | | | 609.04 | 60,032.88 |
| | | | Claim       603.60 | 7100-900 | | | |
| | | | Interest       5.44 | 7990-000 | | | |
| 11/27/12 | 010009 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Claim 000005, Payment 100.90124%<br>(5-1) Credit Card | | | 11,351.46 | 48,681.42 |
| | | | Claim       11,250.07 | 7100-000 | | | |
| | | | Interest       101.39 | 7990-000 | | | |
| 11/27/12 | 010010 | LOUIS JAMES FREEMAN SR.<br>ALBERTA FREEMAN<br>271 PROVIDENCE DRIVE<br>MATTESON, IL  60443 | Surplus Funds | 8200-002 | | 28,551.30 | 20,130.12 |

Page Subtotals          0.00          46,630.78

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02490 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FREEMAN SR., LOUIS JAMES | | Bank Name: | ASSOCIATED BANK |
| | FREEMAN, ALBERTA | | Account Number / CD #: | *******2754 Checking |
| Taxpayer ID No: | *******6082 | | | |
| For Period Ending: | 01/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/13 | 010011 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend<br>Claim No. 7 - CitiMortgage, Inc. | 7100-000 | | 20,130.12 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 87,423.20 | 87,423.20 | 0.00 |
| Less: Bank Transfers/CD's | 87,423.20 | 0.00 | |
| Subtotal | 0.00 | 87,423.20 | |
| Less: Payments to Debtors | | 28,551.30 | |
| Net | 0.00 | 58,871.90 | |

Page Subtotals  0.00  20,130.12

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02490 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | FREEMAN SR., LOUIS JAMES | | Bank Name: | BANK OF AMERICA |
| | FREEMAN, ALBERTA | | Account Number / CD #: | *******5656 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6082 | | | |
| For Period Ending: | 01/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/10 | 20 | Nationwide Insurance | Insurance Recovery | 1249-000 | 6,922.40 | | 6,922.40 |
| 09/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 6,922.45 |
| 10/17/10 | 15 | Nationwide Insurance | Insurance Recovery | 1121-000 | 80,823.53 | | 87,745.98 |
| 10/29/10 | 21 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 1.43 | | 87,747.41 |
| 11/30/10 | 21 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.61 | | 87,751.02 |
| 12/31/10 | 21 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.73 | | 87,754.75 |
| 01/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.73 | | 87,758.48 |
| 02/28/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.67 | | 87,759.15 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 53.57 | 87,705.58 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.75 | | 87,706.33 |
| 04/29/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.72 | | 87,707.05 |
| 05/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.75 | | 87,707.80 |
| 06/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.72 | | 87,708.52 |
| 07/29/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,709.26 |
| 08/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.75 | | 87,710.01 |
| 09/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.72 | | 87,710.73 |
| 10/31/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,711.47 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 111.74 | 87,599.73 |
| 11/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.72 | | 87,600.45 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 108.00 | 87,492.45 |
| 12/30/11 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,493.19 |
| 01/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.75 | | 87,493.94 |
| 02/29/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.69 | | 87,494.63 |
| 03/30/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,495.37 |
| 04/05/12 | 000102 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 75.77 | 87,419.60 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |

Page Subtotals 87,768.68 349.08

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02490 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FREEMAN SR., LOUIS JAMES | | Bank Name: | BANK OF AMERICA |
| | FREEMAN, ALBERTA | | Account Number / CD #: | *******5656 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6082 | | | |
| For Period Ending: | 01/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 04/30/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.72 | | 87,420.32 |
| 05/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,421.06 |
| 06/29/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.71 | | 87,421.77 |
| 07/31/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.74 | | 87,422.51 |
| 08/30/12 | 21 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.69 | | 87,423.20 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 87,423.20 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 87,772.28 | 87,772.28 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 87,423.20 | |
| Subtotal | 87,772.28 | 349.08 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 87,772.28 | 349.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2754 | 0.00 | 58,871.90 | 0.00 |
| Money Market Account (Interest Earn - ********5656 | 87,772.28 | 349.08 | 0.00 |
| | 87,772.28 | 59,220.98 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 3.60 87,423.20

Ver: 17.04b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 16)*